UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

EDMUNDO CALTENCO,

                Plaintiff,

-against-

G.H. FOOD INC. d/b/a NATURAL GARDEN,
and GURDIP SINGH, an individual,

                Defendants.
-------------------------------------------------------------------X

**NOTICE OF APPEAL**

Docket No.: 16-cv-1705 (VMS)

Notice is hereby given that Plaintiff Edmundo Caltenco hereby appeals to the United States Court of Appeals for the Second Circuit from all parts of the Decision and Order entered on September 30, 2019, by Magistrate Judge Vera M. Scanlon of the United States District Court for the Eastern District of New York.

Dated: New York, New York
       October 30, 2019

Respectfully submitted,

By: _____
CAITLIN DUFFY, ESQ. (CD 8160)
ALEXANDER T. COLEMAN, ESQ. (AC 8151)
MICHAEL J. BORRELLI, ESQ. (MB 8533)
BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff*
655 Third Avenue, Suite 1821
New York, New York 10017
Tel.: (212) 279-5000
Fax: (212) 279-5005