## MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**

———

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

October 13, 2021

<u>**Via ECF**</u>

Hon. Vera M. Scanlon
United States District Courthouse
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

      **RE:**   *Caltenco v. G.H. Food, Inc.*
             **Case No.: 16-CV-1705**
             <u>*MLLG File No.: 167-2016*</u>

Dear Judge Scanlon:

    This firm represents the Defendants in the above-referenced matter.

    Defendants write to respectfully request a two (2) week extension on the deadline to file a motion for reconsideration pertaining to the Court's September 30, 2021 Order awarding Plaintiff attorneys' fees and costs. (DE 112). Pursuant to Local Civil Rule 6.3, Defendants' current deadline to move for reconsideration is October 15, 2021. Accordingly, if granted, Defendants would be required to file their anticipated motion for reconsideration no later than October 29, 2021. This is the first such requested extension. Plaintiff's counsel did not consent to the requested extension. The requested extension is necessary to allow sufficient time to prepare our anticipated motion.

    Thank you for your consideration.

                                              Respectfully submitted:

                                              /s/ <u>Brett W. Joseph</u>