# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
KINGS COUNTY
-------------------------------------------------------------------X
EDMUNDO CALTENCO,

        **INFORMATION SUBPOENA**
        <u>**WITH RESTRAINING NOTICE**</u>

        Plaintiff,

        **Docket No.: 16-CV-1705**
        **(VMS)**

     -against-

G.H. FOOD INC. d/b/a NATURAL GARDEN,
and GURDIP SINGH, an individual,

        Defendants.
-------------------------------------------------------------------X


**THE PEOPLE OF THE STATE OF NEW YORK**

To:    Gurdip Singh
       9423 John Wickham Way
       Ashland, Virginia 23005


GREETINGS:

**WHEREAS,** in the above in the above-captioned action between the parties listed above, a Judgment was entered on September 30, 2021 and on September 29, 2022, in the United States District Court, for the Eastern District of New York, in favor of Edmundo Caltenco, (the "Judgment Creditor"), and against G.H. Food Inc. d/b/a Natural Garden, and Gurdip Singh, an individual (the "Judgment Debtors"), in the amount of $132,550.05, plus interest, and $3,220.00, respectively,  a transcript of the Judgments was filed in the Kings County Clerk's Office on December 8, 2022;

     **WHEREAS**, the Judgments remain unpaid;

     **YOU ARE HEREBY COMMANDED TO** answer in writing under oath, separately and

fully, each question in the questionnaire accompanying this subpoena, each answer referring to the

question to which it responds, and that you return the answers together with the original of the questions within 7 days after your receipt of the questions and subpoena.

**PLEASE TAKE NOTICE** that false swearing or failure to comply with this subpoena is punishable as a contempt of court.

I hereby certify that this information subpoena complies with Rule 5224 of the Civil Practice Law and Rules and Section 601 of the General Business Law and I have reasonable belief that the party receiving this subpoena has in their possession information about the debtor that will assist the creditor in collecting the judgment.

## RESTRAINING NOTICE

**WHEREAS**, it appears that you owe a debt to the Judgement Debtor or are in possession or custody of property which the judgment debtor has an interest;

**TAKE NOTICE** that pursuant to CPLR § 5222(b), which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with any property in which you have an interest, except as therein provided.

**TAKE FURTHER NOTICE** that this notice also covers all property in which the Judgement Debtor has an interest hereafter coming into your possession or custody, and all debts hereafter coming due from you to the judgment debtor.

## CIVIL PRACTICE LAW AND RULES

Section 5222(b) - Effect of restraint; prohibition of transfer; duration. A judgment debtor or obligor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he or she has an interest, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the judgment or order is satisfied or vacated. A restraining notice served upon a person other than the judgment debtor or obligor is effective only if, at the time of service, he or she owes a debt to the judgment debtor or obligor or he or she is in the possession or custody of property in which he or she knows or has reason to believe the judgment debtor or obligor has an interest, or if the judgment creditor or support collection unit has stated in the notice that a specified debt is owed by the person served to the judgment debtor or obligor or that the judgment debtor or obligor has an interest in specified property in the possession or custody of the person served. All property in which the judgment debtor or obligor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the

2

notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment debtor or obligor, shall be subject to the notice except as set forth in subdivisions (h) and (i) of this section. Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff or the support collection unit, except as set forth in subdivisions (h) and (i) of this section, and except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him or her, or until the judgment or order is satisfied or vacated, whichever event first occurs. A judgment creditor or support collection unit which has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment debtor or obligor, for any damages sustained by reason of the restraint. If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment debtor or obligor in an amount equal to twice the amount due on the judgment or order, the restraining notice is not effective as to other property or money.

**TAKE FURTHER NOTICE** that disobedience of this Restraining Notice is punishable as a contempt of court.

Dated: December 15, 2022

By: _____

Caitlin Duffy, Esq.
 BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff/ Judgment Creditor*
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel. (516) 248-5550
Fax. (516) 248-6027

SUPREME COURT OF THE STATE OF NEW YORK
KINGS COUNTY
------------------------------------------------------------------X
EDMUNDO CALTENCO,

**QUESTIONS AND ANSWERS IN
CONNECTION WITH
INFORMATION SUBPOENA**

                        Plaintiff,

**Docket No.: 16-CV-1705
(VMS)**

            -against-

G.H. FOOD INC. d/b/a NATURAL GARDEN,
and GURDIP SINGH, an individual,

                        Defendants.
------------------------------------------------------------------X

**THE PEOPLE OF THE STATE OF NEW YORK**


To:     Gurdip Singh
        9423 John Wickham Way
        Ashland, Virginia 23005


1.      Full Name and any aliases:

2.      Address:

3.      Birth Date:

4.      Social Security #:

5.      Driver's License # and expiration date

6.      Telephone #

7.      Full name and address of your employer if employed:

        (a) Your weekly salary: Gross Net

        (b). If not presently employed, name and address of last employer.


4

8. List the names, addresses and account numbers of all bank accounts on which your name appears:

| Bank Name | Bank Address | Account Number(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

9. Is there currently a wage execution on your salary?

    Yes [  ] No [  ]

10. If you receive money from any of the following sources, list the amount how often and the name and address of the sources:

| Type | Amount & Frequency | Name and Address of Source |
|---|---|---|
| Alimony |  |  |
| Loan payments |  |  |
| Rental Income |  |  |
| Pensions |  |  |
| Bank Interest |  |  |
| Stock Dividends |  |  |

11. Itemize the value of your personal property which includes automobiles, furniture, appliances, stocks, bonds, and cash on hand.

Cash on hand: $_____.

| Item | Date Purchased | Purchase Price | Balance Due? | Present Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

12. List all the vehicles that you own and for each vehicle provide the make, model, year, lien holder (if applicable), the lien holder's address, and amount due to the Lien holder.

_____

_____

_____

_____

13. For any business in which you are the owner or partial owner, provide: the name and address of the business; its organizational designations (corporation, sole proprietorship, partnership, limited liability company); the name and address of all stockholders, officers, and/or partners; and the amount of income that you have received from the business during the last twelve months.

_____

_____

_____

_____

_____

_____

_____

_____

14. set forth all other judgments that you are aware of that have been entered against you and include the creditor's name, creditor's attorney, amount due, name of court, and docket number.

_____

_____

_____

_____

_____

_____

_____

_____

**I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to contempt of court. Date:  ___/___/_____**

By:_____
.

Sworn to before me this ___ day
of            , 2022

_____
Notary Public

Return to:

Caitlin Duffy, Esq.
BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiff/ Judgment Creditor*
910 Franklin Avenue, Suite 200
Garden City, New York 11530
Tel. (516) 248-5550
Fax. (516) 248-6027