Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

EDMUNDO CALTENCO,

Plaintiff,

-against-

G.H. FOOD INC. d/b/a NATURAL GARDEN and
GURDIP SINGH, an individual,

Defendants.

Docket No.: 16-CV-1705 (VMS)

**NOTICE OF RULE 69 DEPOSITION**

To: Joseph M. Labuda
Milman Labuda Law Group, PLLC
3000 Marcus Avenue, Suite 3w8
New Hyde Park, NY 11042
Email: joe@mllaborlaw.com

PLEASE TAKE NOTICE that in accordance with the Federal Rules of Civil Procedure, Gurdip Singh's testimony will be taken by deposition upon oral examination before a person authorized by the laws of the State of New York to administer oaths at the New York City offices of Borrelli & Associates, P.L.L.C., 655 Third Avenue, Suite 1820, New York 10017, at 10:00 a.m. on April 14, 2023.  This deposition will be conducted in-person.  This examination will continue until complete.  The deposition will be recorded by a stenographer qualified to administer oaths and may also be recorded by videotape recording.

Dated:  New York, New York
March 15, 2023

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
*Attorneys for Plaintiffs*
655 Third Avenue, Suite 1820
New York, New York 10017
Tel.:   (516) 248-5550
Fax:    (516) 248-6027

_____
CHRISTOPHER P. DELCIOPPIO, ESQ.

## **CERTIFICATE OF SERVICE**

I, Christopher P. DelCioppio, Esq., hereby certify that on this date, March 15, 2023, a true and correct copy of the foregoing *Notice of Deposition*, was served on the following via First Class and Electronic Mail:

> Joseph M. Labuda
> Milman Labuda Law Group, PLLC
> 3000 Marcus Avenue, Suite 3w8
> New Hyde Park, NY 11042
> Email: joe@mllaborlaw.com

CHRISTOPHER P. DELCIOPPIO, ESQ.

2