# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - X

EDMUNDO CALTENCO,

                  Plaintiff,

    -against-        Case No.
                      1:16-cv-01705

G.H. FOOD INC. d/b/a NATURAL GARDEN,
and GURDIP SINGH, an individual,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - X

              1010 Northern Boulevard
              Great Neck, New York

              March 27th, 2017
              10:28 a.m.


    EXAMINATION BEFORE TRIAL of GURDIP SINGH

RANDHAWA, s/h/a GURDIP SINGH, the Defendant

herein, taken by Plaintiff, pursuant to 30(b)(6)

Notice, held at the above place and time, before

Krystin Demand-Dattolo, Stenotype Reporter and

Notary Public within and for the State of New

York.

```
 1  G U R D I P   S I N G H   R A N D H A W A,
 2       after having been duly sworn by a Notary
 3       Public of the State of New York, was
 4       examined and testified as follows:
 5              THE REPORTER:  Please state your name for
 6          the record.
 7              THE WITNESS:  Gurdip Singh Randhawa.
 8              THE REPORTER:  What is your current
 9          address?
10              THE WITNESS:  10 Helen Drive, Roslyn
11          Heights, New York 11577.
12  EXAMINATION BY
13  MS. MCNAUGHTON:
14     Q.  Good morning, Mr. Singh.
15     A.  Good morning.
16     Q.  My name is Caitlin McNaughton.  I represent
17  the plaintiff, and I'm going to be taking your
18  deposition today.
19          So essentially how this works is I'm going to
20  ask you some questions.  You're going to respond to
21  them if you know the answer.  If at any point you
22  don't understand what I'm asking you, please tell
23  me, and I will do my very best to clarify or
24  rephrase the question.
25          If at any point you need to take a break, I
```

```
 1                    G. SINGH RANDHAWA

 2     Q.  So when you're ready, I'm going to ask you

 3  some questions, but I just want you to review the

 4  document.

 5     A.  Yes.

 6     Q.  Have you ever seen this document before?

 7     A.  No.

 8     Q.  Okay.

 9             MS. MCNAUGHTON:  That's all my questions.

10             MR. LABUDA:  Okay.

11             On that one, or we're all done?

12             MS. MCNAUGHTON:  Done.

13             MR. LABUDA:  Okay.

14             MS. MCNAUGHTON:  No further questions.

15             (TIME NOTED: 12:29 p.m.)

16

17

18                    GURDIP SINGH RANDHAWA

19

20  Subscribed and sworn to before me

21  this         day of           , 2017.

22

23

24

25      Notary Public
```